# United States Bankruptcy Court
## District of Nevada

Case No. <u>10–54759–gwz</u>

**Chapter 7**

In re: (Name of Debtor)
    STANLEY M. LEGAUX                               DIANE L. LEGAUX
    9660 GAYLES TRAIL                                    aka DIANE TOTH
    STAGECOACH, NV 89429                           9660 GAYLES TRAIL
                                                                          STAGECOACH, NV 89429

Social Security No.:
    xxx–xx–2952                                                    xxx–xx–6012

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT ALLEN M DUTRA is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 3/28/11                                                   BY THE COURT

                                                                 *Mary A. Schott*

                                                                 Mary A. Schott
                                                                 Clerk of the Bankruptcy Court